## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGINIA BIGELOW,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV472 |
| | ) | |
| v. | ) | |
| | ) | |
| **CENTRAL STATES HEALTH & LIFE CO.,** | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This matter is before the court on plaintiff's Response to Order to Show Cause (Filing No. 5). In response to the Court's Order to Show Cause, plaintiff filed with the court a letter stating that she mailed a copy of the complaint to the defendant and attached a copy of her certified mail receipt. However, it is not effective service of process to send solely the complaint to defendant, plaintiff must also send the summons form issued to plaintiff by the clerk of court. It is the summons form issued by the court that brings the defendant before the court.

   Therefore, in order to effect service of process on defendant the plaintiff must send defendant a copy of both the summons form and the complaint by certified mail, and then file with the court a copy of the green card identifying the address and person to whom plaintiff sent the summons and complaint.

   The court shall give the plaintiff thirty days to properly effect service of process.

   **IT IS ORDERED:**

   1.   Plaintiff will have until **April 22, 2006** to effect service of process.


   DATED this 22nd day of March, 2006.

                                             BY THE COURT:


                                             S/ F. A. Gossett
                                             United States Magistrate Judge