**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VIRGINIA BIGELOW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:05cv472 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **CENTRAL STATES HEALTH & LIFE CO.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    This matter is before the court on plaintiff's response to the court's Order (Filing No. 6). From the record before the court it appears that the plaintiff has not properly effected service of process upon the defendant. As was explained in the court's previous Order, it is not effective service of process to send solely the complaint to defendant, plaintiff must also send the summons form issued to plaintiff by the clerk of court. It is the summons form issued by the court that brings the defendant before the court. The court will await a motion from the defendant.

IT IS SO ORDERED.

DATED this 24th day of April, 2006.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge