IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIRGINIA BIGELOW, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV472 |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL STATES HEALTH & LIFE CO., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the plaintiff's, Virginia Bigelow, Motion for an Extension of Time (Filing No. 28), and the defendant's, Central States Health and Life Co., Response (Filing No. 29).

It appears from the submissions of the parties that the plaintiff is seeking to extend a deadline established by the defendant in regards to a proposed settlement offer. The court has no authority to extend such a deadline, therefore, the plaintiff's motion is denied.

The court notes, however, that the plaintiff's deadline to respond to the defendant's Motion for Summary Judgment is approaching. If the plaintiff wishes to extend this deadline, or any other deadline established by the court she must file a written motion with the court clearly identifying which deadline she wishes to extend, the reason for the requested extension, and the amount of time she is requesting.

IT IS ORDERED:

1. That the plaintiff's Motion to Extend (Filing No. 28) is denied;

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at her last known address.

DATED this 8th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge