## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGINIA BIGELOW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 8:05CV472** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CENTRAL STATES HEALTH & LIFE CO.,** | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the plaintiff, Virginia Bigelow's, Request for an Extension of Time.  (Filing No. 32).  In her motion, the plaintiff states that she believes she will be able to contact a lawyer to assist with representation of her case soon, and requests an extension of a month in order to complete this contact.

Defendant filed a Motion for Summary Judgment on April 20, 2007.  The plaintiff's deadline for responding to this motion has passed.  The court will grant the plaintiff an extension of time to respond to the summary judgment motion.  Accordingly, the plaintiff, or in the event the plaintiff retains counsel, the plaintiff's counsel, shall file a response to the defendant's Motion for Summary Judgment by **June 15, 2007.**

IT IS ORDERED:

1.  That the plaintiff's Motion for an Extension of Time (Filing No. 32) is granted;

2.  The plaintiff shall file with the court a response to the defendant's Motion for Summary Judgment by **June 15, 2007**;

3. The Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at her last known address.

DATED this 21st day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge