# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGINIA BIGELOW,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV472 |
| | ) | |
| v. | ) | |
| | ) | |
| **CENTRAL STATES HEALTH & LIFE CO.,** | ) ) | **AMENDED FINAL PROGRESSION ORDER** |
| | ) | |
| Defendant. | ) ) | |

Upon the court's own motion, the Final Progression Order is amended as follows:

**IT IS ORDERED:**

1. **Pretrial Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

 B. **Deposition Testimony and Discovery - On or before August 24, 2007:** 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. *See* NECivR 16.2.

 C. **Trial Exhibits - On or before August 24, 2007:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits. The parties shall also designate on the list those exhibits it may offer only if the need arises.

 D. **Waiver of Objections**: Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order. Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

 E. **Filing of Disclosures**: The filing of pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be deemed filed at the time of the filing of the Order on Final Pretrial Conference in this matter.

4. **Motions in Limine.**

 A. *Daubert* **Motions.** Any motion *in limine* challenging the admissibility of testimony of an expert witness under Rule 702, Fed. Rules of Evidence shall be filed **on or before September 3, 2007**, in the absence of which any objection based upon said rule shall be deemed waived. *See Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999); *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

 B. **Any other** motions *in limine* shall be filed not later **than September 3, 2007.**

2. **The Final Pretrial Conference** with the undersigned magistrate is set for **September 14, 2007** at **10:00 A.M.,** in Court Room 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

3. **A trial** is set to commence **at 8:30 a.m. on October 22, 2007** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

4. **On or before August 31, 2007**, the parties are to provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

5. **Motions to Alter Dates.** All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

DATED this 6th day of June, 2007.

        BY THE COURT:

        s/ F.A. Gossett
        United States Magistrate Judge